IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00119-WDM-MEH

RAE ANN SCHMALTZ,

    Plaintiff,

v.

SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 25, 2008.**

    Defendant's Motion to Stay Discovery and Other Proceedings [Filed June 25, 2008; Docket #26] is **stricken**, for failure to comply with D.C.Colo.L.Civ.R. 7.1.A, Duty to Confer. Counsel is also directed to Local Rule 10.1 for the proper format and case caption of pleadings in this District.

    The Local Rules can be found at the United States District Court, District of Colorado website, www.cod.uscourts.gov/rules_frame.htm.