IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00119-WDM-MEH

RAE ANN SCHMALTZ,

    Plaintiff,

v.

SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,

    Defendant.

---

## ORDER VACATING ORDER ON DEFENDANT'S MOTION FOR A TEMPORARY STAY OF DISCOVERY

---

Before the Court is Defendant's Motion to Stay Discovery and Other Proceedings [Docket #30]. The Court incorrectly calculated the deadline for a response to the Motion (see docket #26). Accordingly, the Order dated July 29, 2008 (docket #35) is **vacated**, and the Motion for Stay remains pending. The Court will consider timely Plaintiff's Response and any Reply submitted by Defendant.

IT IS FURTHER ORDERED that Docket #35 be **sealed**.

Dated at Denver, Colorado this 29th day of July, 2008.

                            BY THE COURT:

                            s/ Michael E. Hegarty
                            Michael E. Hegarty
                            United States Magistrate Judge