IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00119-WDM-MEH

RAE ANN SCHMALTZ,

    Plaintiff,

v.

SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 28, 2008.**

    Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint and for Briefing Schedule on Responsive Pleadings Thereto [filed August 28, 2008; docket #44] is **granted**. The parties shall comply with the following dates:

Scheduling Conference: September 10, 2008
Filing of Second Amended Complaint: September 15, 2008.
Defendants' Responsive Pleading(s) to that complaint: October 30, 2008
Plaintiff's Opposition to any motion to dismiss filed or re-urged: November 20, 2008.
Defendants' Reply (if any) to Plaintiff's Opposition: December 5, 2008.

Because the parties failed to address the pending Motion to Dismiss [docket #24], the Court emphasizes this Order has no effect on such motion.