IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00119-WDM-MEH

RAE ANN SCHMALTZ,

    Plaintiff,

v.

SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 29, 2008.**

    Plaintiff's Unopposed Motion for Clarification of Court's August 29, 2008 Order and for Extension of Time in which to Respond to Defendant's Current Motion to Dismiss Pending Amendment of the Complaint [filed August 29, 2008; docket #47] is **granted in part and denied in part**. Plaintiff's response to Defendant's Motion to Dismiss [#40] shall be filed on or before **September 15, 2008**.