IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00119-WDM-MEH

RAE ANN SCHMALTZ,

      Plaintiff,

v.

SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 26, 2009.**

      The Joint Motion for Entry of an Order Governing Confidential Materials [filed January 22, 2009; docket #67] is **granted**. The Order Governing Confidential Materials is accepted and entered contemporaneously with this Minute Order.